UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

FILED BY _____ /s/ _____ D.C.

MAY 31 PM 3:15

Robert R. DiTrolio
CLERK, U.S. DIST. CT.
W. D. OF TN, MEMPHIS

**LATISHA JONES**                               **JUDGMENT IN A CIVIL CASE**

v.

**STATE OF TENNESSEE, et al.**                  CASE NO: 04-2788-D

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order of Dismissal entered on May 20, 2005, this cause is hereby dismissed.

APPROVED:

/s/ Bernice B. Donald
BERNICE B. DONALD
UNITED STATES DISTRICT COURT

May 31, 2005
Date

ROBERT R. DI TROLIO
_____
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  6/1/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:04-CV-02788 was distributed by fax, mail, or direct printing on June 7, 2005 to the parties listed.

---

Latisha Jones
SHELBY COUNTY JAIL
03206488
6201 Hailey Road
Memphis, TN 38134

Honorable Bernice Donald
US DISTRICT COURT